**[J-49A-2015, J-49B-2015 and J-49C-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY

v.

USI MID-ATLANTIC, INC. AND USI HOLDINGS CORPORATION AND BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY

---------------------------------------------

MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY

v.

USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME

v.

BRISTOL TOWNSHIP

APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN, FREDA BATTIPS, AND LINDA MAGOVERN


MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY

: No. 2 EAP 2015
:
: Appeal from the Judgment of Superior
: Court entered on April 2, 2014 at No.
: 2109 EDA 2012 (reargument denied
: June 11, 2014) affirming the Judgment
: entered on July 30, 2012 in the Court of
: Common Pleas, Philadelphia County,
: Civil Division at No. 3444, July Term,
: 2006 and No. 1760, January Term,
: 2008.
:
: ARGUED:  September 9, 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
: No. 3 EAP 2015
:

|  | : | Appeal from the Judgment of Superior |
|---|---|---|
| v. | : | Court entered on April 2, 2014 at No. |
|  | : | 1013 EDA 2012 (reargument denied |
|  | : | June 11, 2014) affirming the Judgment |
|  | : | entered on July 30, 2012 in the Court of |
| USI MID-ATLANTIC, INC. AND USI | : | Common Pleas, Philadelphia County, |
| HOLDINGS CORPORATION AND | : | Civil Division at No. 3444, July Term, |
| BRISTOL TOWNSHIP AND ZURICH | : | 2006 and No. 1760, January Term, |
| AMERICAN INS. COMPANY | : | 2008. |
| -------------------------------------------------------- | : |  |
| MICHAEL EGAN, JR. AND JILL EGAN, | : | ARGUED: September 9, 2015 |
| H/W AND MARK BUZBY | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| USI MID-ATLANTIC, INC. AND ROBERT | : |  |
| BROWN AND FREDA BATIPPS AND | : |  |
| LINDA MAGOVERN AND DOUGLAS | : |  |
| SCHROER AND LISA MCKERNAN AND | : |  |
| USI HOLDINGS CORPORATION AND | : |  |
| SUZANNE NEWSOME | : |  |
|  | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| BRISTOL TOWNSHIP | : |  |
|  | : |  |
|  | : |  |
| APPEAL OF: USI MID-ATLANTIC, INC., | : |  |
| USI HOLDINGS CORPORATION, | : |  |
| ROBERT BROWN AND FREDA BATIPPS | : |  |
| AND LINDA MAGOVERN | : |  |
|  | : |  |
|  | : |  |
| MICHAEL EGAN, JR. AND JILL EGAN, | : | No. 4 EAP 2015 |
| H/W AND MARK BUZBY | : |  |
|  | : | Appeal from the Judgment of Superior |
|  | : | Court entered on April 2, 2014 at No. |
| v. | : | 2334 EDA 2012 (reargument denied |
|  | : | June 11, 2014) affirming the Judgment |
|  | : | entered on July 30, 2012 in the Court of |
| USI MID-ATLANTIC, INC. AND USI | : | Common Pleas, Philadelphia County, |
| HOLDINGS CORPORATION AND | : | Civil Division at No. 3444, July Term, |

| | |
|---|---|
| BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY | : 2006 and No. 1760, January Term, : 2008. |
| ------------------------------------------------------ | : |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : ARGUED: September 9, 2015 : |
| | : |
| | : |
| v. | : |
| | : |
| USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME | : : : : : : |
| | : |
| v. | : |
| | : |
| BRISTOL TOWNSHIP | : |
| | : |
| APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN | : : : : |
| | : |

## **ORDER**

**PER CURIAM**

   **AND NOW,** this 16th day of November 2015, the Uncontested Application for Discontinuance is **GRANTED**.